UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.: 05-11074-NG

_____
CAROL DIPIETRO,                              )
    Plaintiff                                )
    v.                                       )
                                             )
PLYMOUTH COUNTY SHERIFF'S DEPARTMENT          )
    Defendant                                )
_____

### COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

In accordance with Local Rule 16.1(D)(3), the undersigned counsel as an authorized representative of Defendants, certifies that counsel and parties have conferred with a view to establishing a budget for the cost of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3).

    Respectfully submitted,
    Defendants
    By their Attorney:

    /s/ Isabel N. Eonas
    _____
    Isabel N. Eonas, Deputy General Counsel
    Plymouth County Sheriff's Department
    24 Long Pond Road
    Plymouth, MA  02360
    (508) 830-6278
    B.B.O. #639870

### CERTIFICATE OF SERVICE

I, Isabel N. Eonas, hereby certify that on this 25th day of May 2005, I served one true and correct copy of the Defendants' Counsel Certification Pursuant to Local Rule 16.1(D)(3), on plaintiff's attorney by first class US mail to, Daniel W. Rice, 10 Forbes Road, Braintree, MA 02184.

    /s/ Isabel N. Eonas
    _____
    Isabel N. Eoans