# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROL DIPIETRO,<br>   Plaintiff, | )<br>)<br>)<br>) |
| v. | ) C.A. No. 11074-NG |
| PLYMOUTH COUNTY<br>SHERIFF'S DEPARTMENT,<br>   Defendant. | )<br>)<br>)<br>)<br>) |

### CERTIFICATE OF CONSULTATION UNDER L.R. 16.1

It is certified that the parties in this matter have consulted about establishing a budget for the full cost of litigation of this action, and various alternatives, including the resolution of this matter through the use of alternative dispute resolution such as those outlined in L.R. 16.4.

            s/Daniel W. Rice

            s/Carol DiPietro (dwr)

1