**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  Carol DiPietro
            Plaintiff

      V.

  Plymouth County Sheriff's Department
            Defendant

CIVIL ACTION

NO.    05-11074-NG

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Gertner

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]    On    02/06/2006    I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    ___X___ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[x]    Settled. Your clerk should enter a ___60___ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

 

02/06/2006                              Marianne B. Bowler, USMJ
DATE                                      ADR Provider

(ADR Report.wpd - 4/12/2000)                      [adrrpt.]