T

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.: 05-11074-NG

| | |
|---|---|
| CAROL DIPIETRO,       Plaintiff       v. | )<br>)<br>)<br>) |
| PLYMOUTH COUNTY SHERIFF'S DEPARTMENT       Defendant | )<br>) |

VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties herein have stipulated that this action on behalf of Carol DiPietro, Plaintiff herein, be dismissed with prejudice at no cost, expenses or attorney's fees to either party.

Respectfully submitted,

| | |
|---|---|
| PLYMOUTH COUNTY SHERIFF'S DEPARTMENT<br>By its Attorney, | CAROL DIPIETRO<br>By her Attorney, |
| /s/ Isabel N. Eonas | /s/ Daniel Rice |
| Isabel N. Eonas, Esquire<br>BBO#639870<br>24 Long Pond Road<br>Plymouth MA 02360 | Daniel Rice, Esquire<br>BBO# 559269<br>10 Forbes Road<br>Braintree MA 02184 |
| Dated: 2/27/06 | Dated: 2/27/06 |